UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LDM GROUP, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CV01425 ERW |
| ) | |
| CATALINA MARKETING CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

The Court held a Status Conference on August 10, 2009, to inquire as to whether the Parties had reached an agreement regarding whether this case would be consolidated with another case that was recently transferred to this Court (Case No. 4:09CV01114 ERW).

The Court is not inclined to revisit the issue of consolidation. However, the Court will hold another Status Conference via telephone on Tuesday, August 25, 2009, at 11:30 a.m. In the meantime, the Court encourages the Parties to agree upon a stipulation for discovery and a protective order.

Accordingly,

**IT IS HEREBY ORDERED** that the Parties shall participate in a Status Conference via telephone, on **Tuesday, August 25, 2009**, at **11:30 a.m.**

Dated this 10th Day of August, 2009.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE